IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE VIZCAINO,

      Plaintiff,                     No. CIV S-05-0132 MCE KJM PS

      vs.

SUPREME COURT OF GUAM,

      Defendant.               <u>ORDER</u>

/

        By order filed May 3, 2005, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. The thirty day period has now expired. On July 11, 2005, plaintiff filed a document which the court will construe as a request for extension of time to file an amended complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff is granted an extension of time of thirty days from the date of this order in which to file an amended complaint in compliance with the May 3, 2005 order.

/////

/////

/////

/////

1

2. The Clerk of Court is directed to reserve a copy of the May 3, 2005 order on plaintiff.

DATED: August 22, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006 vizcaino132.eot