IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE VIZCAINO,                         No. CIV-S-05-0132 MCE/KJM PS

     Plaintiff,

  v.                                    ORDER

SUPREME COURT OF GUAM,

     Defendant.
_____/

    Plaintiff, proceeding pro se, filed the above-entitled actions. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On October 26, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any Objections to the Findings and Recommendations were to be filed within ten days. Plaintiff has not filed Objections to the Findings and Recommendations.

///

///

1

1  The Court has reviewed the file and finds the Findings and
2 Recommendations to be supported by the record and by the
3 Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED
4 that:
5  1.  The Findings and Recommendations filed October 26, 2005,
6 are adopted in full; and
7  2.  This action is dismissed without prejudice.  <u>See</u> Local
8 Rule 11-110; Fed. R. Civ. P. 41(b).
9 DATED: December 16, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2